UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TRUSTEES OF THE CARPENTERS' HEALTH
AND WELFARE TRUST FUND OF ST. LOUIS,

    Plaintiffs,

    vs.

BRIAN BRUNKHORST,

    and

THOMAS C. RICH,

    Defendants.

**FILED**

MAY 1 6 2005

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Case No.

**4  05CV0 0780CDP**

### TEMPORARY RESTRAINING ORDER

    Good cause having been shown, and the Court being fully
advised in the premises, and for the purpose of preventing
immediate and irreparable harm for which Plaintiffs have no
adequate remedy at law unless this Order is issued, it is ORDERED,
ADJUDGED AND DECREED that Defendants Brian Brunkhorst, Thomas C.
Rich, and all those acting for or in concert with them, are hereby
ENJOINED, RESTRAINED AND PROHIBITED from each and every of the
following acts until ~~the rights of Plaintiffs have been determined
by this Court~~: the hearing on plaintiff's request for preliminary
injunction on Friday, May 27, 2005 at 11:00 a.m.

    (a)  Conducting or participating in a hearing on, or
proceeding further with, that certain "Motion for Temporary
Restraining Order and Permanent Injunction" filed by them and now
pending in an action styled <u>Brian Brunkhorst v. Landmark Tavern</u>,
No. 02 L 38, in the Circuit Court for Randolph County, Illinois; or

    (b)  Attempting to enforce any order that may be issued by
the Circuit Court of Randolph County, Illinois, pursuant to said
Motion; or

    (c)  Initiating or participating in any other proceedings
in state court concerning benefits payable to Brian Brunkhorst from
the Carpenters' Health and Welfare Trust Fund of St. Louis.

    Dated:  May 16, 2005  2:07 p.m.

_____
United States District Judge

Plaintiff shall serve
this order on defendants immediately.
Defendants shall appear for
hearing on Friday, May 27, 2005 at 11:00 a.m.